1  BRUCE C. FUNK (SBN 122340)
   Law Office of Bruce C. Funk
2  46 West Santa Clara Street
   San Jose, California 95113
3  Telephone: (408) 280-6488
   Facsimile: (408) 286-3139                    E-FILED
4  Email: bcfunkesq@aol.com

5  Attorney for Defendant
   JESUS QUINONES
6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,        )    **CASE NUMBER: CR-13-00503-DLJ**
                                      )
12                  Plaintiff,        )
                                      )
13           vs.                      )    **STIPULATION AND [PROPOSED] ORDER**
                                      )    **CONTINUING STATUS HEARING**
14  JESUS QUINONES,                   )
                                      )
15                  Defendant.        )
    _____ )
16

17       The Defendant, Jesus Quinones, represented by Bruce Funk, and the Government, represented

18  by Casey O'Neill, Assistant United States Attorney, hereby stipulate and request to continue the

    January 9, 2014 status hearing to February 6, 2014 in order for the Government to provide
19
    additional discovery and a proposed plea agreement, additional time is needed in order to
20
    adequately represent the Defendant.
21
         The parties request that time be excluded through February 6, 2014 for adequate defense
22
    preparation.
23
24  **IT IS SO STIPULATED**.

25  Dated: January 8, 2014                    _____/s/_____
                                              BRUCE C. FUNK
26                                            Attorney for JESUS QUINONES

27  Dated: January 8, 2014                    _____/s/_____
                                              Casey O'Neill
28                                            Assistant United States Attorney

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**
**CASE NUMBER CR-13-00503-DLJ**

1

**<u>ORDER</u>**

2      Based upon the stipulation, representation of counsel, and for good cause shown, the January

3  9, 2014 status hearing is continued to February 6, 2014 at 10:00 a.m.

4      By agreement and stipulation of the parties, the Court HEREBY ORDERS that the time from

5  January 9, 2014 through and including February 6, 2014 is excluded under the Speedy Trial Act, 18

6  U.S.C. § 3161. The Court finds pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure

7  to grant the requested continuance would unreasonably deny defense counsel reasonable time

8  necessary for effective preparation, taking into account the exercise of due diligence. Further, the

9  Court finds that the ends of justice served by granting the requested continuance outweigh the best

10  interest of the public and the defendants in a speedy trial. The Court therefore concludes that this

11  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12

13  Dated: January ⁱ , 2014

_____
D. LOWELL JENSEN
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28